MORRIS BENTON GRIFFING
AMANDA LYNN FIELDS
107 W CHERRY DR
PETAL, MS 39465

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO, CA 94108

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CREDIT ACCEPTANCE
P.O. BOX
DETROIT, MI 48255

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

CRUNCH FITNESS
C/O ALDOUS & ASSOC.
PO BOX 171374
SALT LAKE CITY, UT 84117-1

JOHN E. TUCKER
P.O. BOX 320001
FLOWOOD, MS 39232

NETCREDIT
ATTN: BANKRUPTCY
175 W. JACKSON BLVD
STE 600
CHICAGO, IL 60604

OPPLOANS
P.O. BOX 5040
FREDERICKSBURG, VA 22403

PAYPAL PAY MONTHLY
P.O. BOX 71707
PHILADELPHIA, PA 19176-1707

PERSONIFY FINANCIAL
PO BOX 208417
DALLAS, TX 92150

PROGRESSIVE INSURANCE
6300 WILSON MILLS RD
CLEVELAND, OH 44143

SANTANDER BANK
P.O. BOX 961245
FORT WORTH, TX 76161

SERVISOLUTIONS
ATTN: BANKRUPTCY DEPT
P.O. BOX 242967
MONTGOMERY, AL 36124

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

ZIP
1450 BROADWAY 24TH FL
NEW YORK, NY 10018