**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | **CHAPTER 7** |
| **Morris Benton Griffing and Amanda Lynn Fields** | **CASE NO. 26-51593-KMS** |
| **DEBTORS** | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY,**
**ABANDONMENT, AND OTHER RELIEF**

**COMES NOW**, Alabama Housing Finance Authority ("Movant"), and files this motion seeking relief from the automatic stay now in effect in this cause, abandonment from the Bankruptcy Estate and other relief. In support thereof, Movant would show unto this Court the following:

1. This Court has jurisdiction of this matter pursuant to 28 U.S.C. Section 1334(a) and 11 U.S.C. Sections 361, 362 and 552(b).

2. Morris Benton Griffing and Amanda Lynn Fields ("Debtors") filed a petition under Chapter 7 of the Bankruptcy Code (11 U.S.C. 362*, et-seq*.) on September 25, 2026. Subsequent thereto, Honorable Derek A. Henderson was appointed trustee in this case.

3. Movant was at all times herein mentioned and now is a corporation duly authorized to conduct business in Mississippi.

4. Debtors are the owner of certain real property ("the Property") located at 107 West Cherry Dr., Petal, Mississippi 39465 and being more particularly described as follows:

> Commence at the NE corner of the SE¼ of the SE¼ of Section 35, Township 5 North, Range 13 West, Forrest County, Mississippi, and run South for 399.0 feet to the South margin line of West Cherry Street; thence run West on and along said margin line for 198.86 feet to a ½ inch rebar at the NW corner of the Quinton Lee property as recorded in Deed Book 455, Page 766 and the Point of Beginning; from the Point of Beginning run South along the West line of said Quinton Lee property and an extension thereof for 226.87 feet to a ½ inch rebar and the North line of the Wesley Wright Subdivision; thence run North 89°34'26" West on and along said North line for 40.73 feet to a ½ inch rebar at the SE comer of the Billie Jean West Shoemake property; thence run North 00°51 '40" West on and along the East line

> of the Billie Jean West Shoemake property for 226.93 feet back to the aforementioned South margin line of West Cherry Street; thence run East on and along said South margin line for 44.14 feet back to the Point of Beginning; said parcel of land is part of the SE1/4 of the SE¼ of Section 35, Township 5 North, Range 13 West, Forrest County, Mississippi and contains 9627 square feet; all together with all improvements thereon and appurtenances thereunto belonging.

5. Movant has provided permanent financing in connection with Debtors' purchase of the above described property.

6. The indebtedness of Debtors to Movant (the "Indebtedness") is evidenced by a Note dated March 31, 2017, executed by Debtors to Trustmark National Bank. A true copy of said Note is attached hereto as Exhibit "A".

7. The obligation of Debtors to repay the Indebtedness is secured by a Deed of Trust dated March 31, 2017, executed by Debtors to Trustmark National Bank. Said Deed of Trust was duly perfected by filing in the office of the Chancery Clerk of Forrest County, Mississippi. A true copy of the Deed of Trust is attached hereto as Exhibit "B". Said Deed of Trust was subsequently assigned to Movant, a true copy of which is attached hereto as Exhibit "C".

8. The Indebtedness is in default, and as of October 7, 2026, there was an outstanding principal balance of approximately $66,508.70 with a total due of approximately $75,616.29 due from Debtors to Movant, plus attorney's fees and costs. Interest continues to accrue on the Indebtedness at a daily rate.

9. Debtors are delinquent in payment to Movant for the months of October 2025 through October 2026 for the total sum of approximately $11,535.11.

10. As a result of the automatic stay in effect in this cause, Movant has been unable to take any action as would be reasonably necessary to prevent deterioration of the Property, or to otherwise adequately protect its security interest.

11. Upon information and belief, Debtors plan to abandon and surrender the Property. Debtors have no equity in the Property, and the Property is not necessary for an effective reorganization. Furthermore, the decline in value of the Property is either occurring or is threatened.

12. By reason of the foregoing, good cause exists to vacate the automatic stay of 11 U.S.C. Section 362(a) of the Bankruptcy Code, to abandon the property from the bankruptcy estate and to permit Movant to foreclose its Deed of Trust as authorized by the laws of the State of Mississippi.

13. Movant requests that the 14 day stay prescribed by Rule 4001 be waived.

**WHEREFORE**, Movant prays.

A. For an order granting Movant relief from the automatic stay of 11 U.S.C. Section 362 (a) of the Bankruptcy Code;

B. For abandonment of the property from the Bankruptcy Estate;

C. For the 14 day stay prescribed by Rule 4001 to be waived;

D. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and

E. For such other and further relief as is to the Court just and proper.

Dated: October 7, 2026.

Alabama Housing Finance Authority

BY: /s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
UNDERWOOD LAW FIRM, PLLC
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1874
Madison, Mississippi 39130
Tel: (601) 981-7773
Fax: (601) 362-5673
cbarbour@underwoodlawfirm.com

## CERTIFICATE OF SERVICE

I, Charles Frank Fair Barbour, attorney for Movant, hereby certify that the following were served via ECF system with a true and correct copy of the foregoing to:

Thomas Carl Rollins, Jr. at trollins@therollinsfirm.com

Derek A. Henderson at d_henderson@bellsouth.net

U.S. Trustee, USTPRegion05.JA.ECF@usdoj.gov

I further certify that a true and correct copy of the foregoing was mailed to Debtors at 107 W Cherry Dr., Petal, MS 39465.

THIS, the 7th day of October, 2026.

/s/ Charles Frank Fair Barbour