**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:** **CHAPTER 7**
**Morris Benton Griffing and Amanda Lynn Fields** **CASE NO. 26-51593-KMS**
**DEBTORS**

**DEFAULT ORDER GRANTING RELIEF FROM AUTOMATIC STAY [Dkt. ]**

This matter is before the Court on the motion of Alabama Housing Finance Authority ("Movant") for relief from the automatic stay of 11 U.S.C. § 362. Movant represented to the Court that it served the motion in accordance with all applicable rules. No timely response was filed. Accordingly, the motion is granted.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Movant is granted relief from the automatic stay of 11 U.S.C. § 362 and that the property is abandoned pursuant to 11 U.S.C. § 554(b) of the Bankruptcy Code as to the following property: 107 West Cherry Dr., Petal, Mississippi 39465 – SEE LEGAL DESCRIPTION ATTACHED HERETO.

**##END OF ORDER##**

Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
UNDERWOOD LAW FIRM, PLLC
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1874
Madison, Mississippi 39130
Tel: (601) 981-7773
Fax: (601) 362-5673
cbarbour@underwoodlawfirm.com

Exhibit "A"

Commence at the NE corner of the SE¼ of the SE¼ of Section 35, Township 5 North, Range 13 West, Forrest County, Mississippi, and run South for 399.0 feet to the South margin line of West Cherry Street; thence run West on and along said margin line for 198.86 feet to a ½ inch rebar at the NW corner of the Quinton Lee property as recorded in Deed Book 455, Page 766 and the Point of Beginning; from the Point of Beginning run South along the West line of said Quinton Lee property and an extension thereof for 226.87 feet to a ½ inch rebar and the North line of the Wesley Wright Subdivision; thence run North 89°34'26" West on and along said North line for 40.73 feet to a ½ inch rebar at the SE comer of the Billie Jean West Shoemake property; thence run North 00°51 '40" West on and along the East line of the Billie Jean West Shoemake property for 226.93 feet back to the aforementioned South margin line of West Cherry Street; thence run East on and along said South margin line for 44.14 feet back to the Point of Beginning; said parcel of land is part of the SE1/4 of the SE¼ of Section 35, Township 5 North, Range 13 West, Forrest County, Mississippi and contains 9627 square feet; all together with all improvements thereon and appurtenances thereunto belonging.