**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**
**Morris Benton Griffing and Amanda Lynn Fields**
**DEBTORS**

**CHAPTER 7**
**CASE NO. 26-51593-KMS**

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Alabama Housing Finance Authority, a party to a contested matter Miss. Bankr. L.R. 9014(c) makes the following disclosures:

Alabama Housing Finance Authority does not have any entity owning 10% or more of its equity interests:

Respectfully submitted,

UNDERWOOD LAW FIRM, PLLC

/s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
UNDERWOOD LAW FIRM, PLLC
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1874
Madison, Mississippi 39130
Tel: (601) 981-7773
Fax: (601) 362-5673
cbarbour@underwoodlawfirm.com