**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Morris Benton Griffing** **Case No. 26-51593-KMS**
**Amanda Lynn Fields, Debtors** **CHAPTER 13**

**RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY, ABANDONMENT, AND OTHER RELIEF**

COME NOW, Debtors, by and through counsel, and respond to Creditor, Alabama Housing Finance Authority's Motion for Relief from Automatic Stay, Abandonment, and Other Relief (dk # 14) as follows:

1. Debtors commenced this case on 09/25/2026 by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.
2. Granting relief from the automatic stay at this time would be premature, as the Debtors are actively engaged in the process of obtaining a loan modification for the property.
3. The Debtors may be able to resolve the Creditor's concerns by means of the modification or by some alternative means.

WHEREFORE, Debtors pray for an Order denying the Motion for Relief from Automatic Stay, Abandonment, and Other Relief and for such additional or alternative relief as may be just and proper.

Respectfully submitted,

By: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on October 15, 2026, to:

By Electronic CM/ECF Notice:

Charles Frank Fair Barbour, Attorney for Creditor

Derek Henderson, Chapter 7 Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.