**SO ORDERED,**

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: November 4, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

| | |
|---|---|
| **MORRIS BENTON GRIFFING**<br>**AMANDA LYNN FIELDS** | **CASE NO. 26-51593 KMS** |
| **DEBTORS.** | **CHAPTER 7** |

# ORDER RESETTING HEARING

This matter came on this date on the Motion for Relief from the Automatic Stay filed by Alabama Housing Finance Authority (the "Motion") (Dkt. #14) and the Court having considered the facts herein, finds that the hearing on November 5, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Motion hereby is continued and reset for February 18, 2027, at 9:30 a.m., in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi.

IT IS FURTHER ORDERED that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841